PROB12A1

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

### REPORT OF OFFENDER NON-COMPLIANCE

**Offender Name:**              James STANDLEY

**Docket Number:**              2:98CR00294-01

**Offender Address:**           Oakland, California

**Judicial Officer:**           Honorable D. Lowell Jensen
                                Senior United States District Judge
                                Sacramento, California

**Original Sentence Date:**     10/21/1999

**Original Offense:**           18 USC 1029(b)(2) - Conspiracy to Use, Possess, and
                                Traffic in Counterfeit and Unauthorized Access Devices
                                (CLASS D FELONY)

**Original Sentence:**          57 months Bureau of Prisons; 60 months supervised
                                release; $100 special assessment; $700,662.35
                                restitution.

**Special Conditions:**         Search; Financial disclosure and restrictions; Drug and
                                alcohol treatment and testing; Aftercare co-payment.

**Type of Supervision:**        Supervised Release

**Supervision Commenced:**      01/03/2003

**Assistant U.S. Attorney:**    To be determined     **Telephone:** (916) 554-2700

**Defense Attorney:**           To be determined     **Telephone:** (916) 498-5700

**Other Court Action:**         None.

**RE:   James STANDLEY**
**Docket Number:   2:98CR00294-01**
**REPORT OF OFFENDER NON-COMPLIANCE**

---

### NON-COMPLIANCE SUMMARY

The purpose of this report is to advise the Court of an alleged violation of the terms of supervision.  The Probation Officer has developed a plan to dispose of the alleged non-compliance with action less than revocation, and the Court is requested to approve the plan to address the non-compliance.

## 1.   OTHER

Offender will owe an outstanding balance toward restitution when the term of supervised release expires on January 2, 2008.

**Details of alleged non-compliance:**  Since the offender released, he has been supervised by the Northern District of California.  According to the supervising probation officer, Mr. Standley has been sporadic in his payments and will not be able to satisfy his financial obligation prior to his supervision expiration date.  The offender has earned a limited income which has impacted his ability to pay more than a minimal amount.  He is the sole financial provider for his wife and children.  Additionally, his wages were also garnished to pay child support for another child.  The total amount of restitution owed was $700,662.35.  The restitution was ordered joint and several with several other co-defendants.  A total of $32,026.59 has been paid by all of the responsible parties.

**United States Probation Officer Plan/Justification:**  We are requesting the case be allowed to expire as scheduled on January 2, 2008.  The United States Attorney's Office, Financial Litigation Unit, will be notified and a copy of the Judgment and Commitment Order will be provided so they may pursue collection as permitted by statute.

Rev. 10/2007
VIOLATION__RPT NON-COMPLIANCE
& ORDER (PROB12A1).MRG

RE:   **James STANDLEY**
      **Docket Number:   2:98CR00294-01**
      **REPORT OF OFFENDER NON-COMPLIANCE**

Respectfully submitted,

/s/   Cynthia J. Mazzei

**CYNTHIA J. MAZZEI**
**United States Probation Officer**
Telephone:  (916)930-4315

**DATED:**   December 21, 2007
             Sacramento, California
             CJM:jz

**REVIEWED BY:**   /s/   Lori L. Koehnen (for)
                   **KYRIACOS M. SIMONIDIS**
                   **Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

( **X** )   The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At This Time.

(   )   Submit a Request for Modifying the Conditions or Term of Supervision.

(   )   Submit a Request for Warrant or Summons.

(   )   Other:

____**Dec. 21, 2007**_____          _____
**Date**                                    **Signature of Judicial Officer**

cc:   United States Probation
      Assistant United States Attorney - To be determined
      Assistant Federal Defender - To be determined

Rev. 10/2007
VIOLATION__RPT NON-COMPLIANCE
& ORDER (PROB12A1).MRG